IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONNA S. BIRKMEYER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-07-1398-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

ORDER AFFIRMING REPORT AND RECOMMENDATION

  This action for judicial review of the Commissioner's denial of disability insurance benefits and supplemental security income payments was referred for initial proceedings to United States Magistrate Judge Bana Roberts consistent with 28 U.S.C. § 636(b)(1)(B). Judge Roberts entered her Report and Recommendation on August 18, 2008, recommending that the decision of the Commissioner be affirmed. Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

  In her thorough and well-reasoned Report and Recommendation, Judge Roberts sets out the relevant facts and prevailing law, and no purpose would be served to repeat those here. In her objection, Plaintiff raises nothing that was not fully considered and accurately decided by Judge Roberts.

Accordingly, the Court adopts and affirms, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, the decision of the Commissioner in this case is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 18th day of September, 2008.

ROBIN J. CAUTHRON
United States District Judge